**DISMISS and Opinion Filed September 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00676-CV

**BANK OF AMERICA, N.A., Appellant**

**V.**

**TFHSP LLC, SERIES 04, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 79814**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

On July 7, 2014, the Court granted appellee's motion for mediation and appointed Jay Zeleskey as mediator. On August 15, 2014, the Court received a letter from Mr. Zeleskey informing us that the parties have settled this case. By letter dated August 21, 2014, we informed the parties that, in light of the settlement, we would dismiss the appeal in ten days unless we heard otherwise. As of today's date, the Court has not received any response from the parties. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

140676F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BANK OF AMERICA, N.A., Appellant

No. 05-14-00676-CV          V.

TFHSP LLC, SERIES 04, Appellee

On Appeal from the 196th Judicial District
Court, Hunt County, Texas.
Trial Court Cause No. 79814.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee TFHSP LLC, SERIES 04 recover its costs of this appeal from appellant BANK OF AMERICA, N.A..

Judgment entered September 11, 2014